IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD POLIVKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3213 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTFORD LIFE GROUP INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 20, 2005, file their Report of Parties' Planning Conference.

DATED September 30, 2005.

                                                     /s/   *David L. Piester*
                                                      United States Magistrate Judge