IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD POLIVKA,             )<br>                                            )<br>            Plaintiff,            )<br>                                            )<br>      v.                                 )<br>                                            )<br>HARTFORD LIFE GROUP INSURANCE )<br>COMPANY,                        )<br>                                            )<br>            Defendant.         ) | Case No. 4:05CV3213<br><br>**REASSIGNMENT ORDER** |

The Report of Parties' Planning Conference, filing #8, states that the parties do not consent to trial before a magistrate judge. Accordingly,

IT IS ORDERED that this case is reassigned to United States District Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 20th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court