```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RONALD POLIVKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3213 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTFORD LIFE GROUP INSURANCE | ) | ORDER |
| COMPANY, a foreign | ) | |
| corporation, f/k/a CNA Group | ) | |
| Life Assurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the plaintiff's Motion to Extend the Scope and Time for Discovery, I find good cause to allow the plaintiff limited discovery. However, this ruling should not be construed to indicate that the court will consider any evidence obtained through this discovery; whether to consider such evidence is not an issue before me.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 16, is granted in part, and the plaintiff may take one deposition, within the next thirty days, concerning the defendant's appeal review procedure utilized in this claim.

DATED this 25th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge