```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RONALD POLIVKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3213 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTFORD LIFE GROUP INSURANCE | ) | ORDER |
| COMPANY, a foreign | ) | |
| corporation, f/k/a CNA Group | ) | |
| Life Assurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint motion of the parties, filing 28, is granted and the deposition deadline set in the court's order of April 25, 2006 (filing 27) is extended to July 25, 2006.

DATED this 17th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge