THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD POLIVKA, | ) | 4:05CV3213 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| HARTFORD LIFE GROUP | ) | |
| INSURANCE COMPANY, a | ) | |
| foreign corporation, f/k/a CNA | ) | |
| GROUP LIFE ASSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

On May 16, 2006, the parties filed a Joint Motion to Extend Deposition Deadline (filing 28) for 60 days "to allow the parties to continue with settlement negotiations." Magistrate Judge Piester has granted the parties' motion (filing 29). In the interest of judicial efficiency, I shall hold the defendant's motion for summary judgment (filing 13) in abeyance until such time as the parties notify the court of the outcome of such settlement negotiations.

IT IS ORDERED:

1. On or before June 28, 2006, counsel for the parties shall notify the court in writing regarding whether this case has settled;

2. The defendant's motion for summary judgment (filing 13) is held in abeyance until June 28, 2006;

3. The Clerk of Court shall adjust the court's internal computerized record-keeping system to indicate that the "response due" date on Filing 13 is June 28, 2006.

May 24, 2006.

                                        BY THE COURT:
                                        s/ *Richard G. Kopf*
                                        United States District Judge