IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD POLIVKA, | ) | 4:05CV3213 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| HARTFORD LIFE GROUP | ) | |
| INSURANCE COMPANY, a | ) | |
| foreign corporation, f/k/a | ) | |
| CNA GROUP LIFE ASSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the parties' joint stipulation and motion for dismissal and Fed. R. Civ. P. 41, this matter is dismissed with prejudice, each party to bear his or its own costs, complete record waived.

November 1, 2006.        BY THE COURT:

        *s/Richard G. Kopf*
        United States District Judge